# Burns Estate.

Argued September 27, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

reargument refused December 15, 1960.

*James C. Larrimer,* for appellant.

*John D. Stedeford,* for appellee.

OPINION PER CURIAM, November 15, 1960:
The decree appealed from is affirmed, at appellant's costs, on the opinion of Judge COX.